

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2015

No. 04-15-00296-CV

**IN RE** Stacey **SCOTT**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice
              Luz Elena D. Chapa, Justice

On May 13, 2015, relator Stacey Scott filed a petition for writ of mandamus and motion for emergency stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 14, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CV-0227, styled *Patrick Denn, Attorney in Fact for Juanita Denn v. Stacey Jo Scott and All Occupants*, pending in the County Court at Law, Guadalupe County, Texas, the Honorable Robin V. Dwyer presiding.